Stephanie R. Tatar (237792)
**TATAR LAW FIRM, A.P.C.**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorney for Plaintiff Troy Ramirez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY RAMIREZ<br><br>Plaintiff,<br><br>v.<br><br>APPFOLIO, INC.<br><br>Defendant. | Case No. 2:19-cv-7562<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

1

COMPLAINT AND JURY DEMAND

## PARTIES

4. Plaintiff Troy Ramirez is an adult individual who resides in the State of Kansas.

5. Defendant AppFolio, Inc. ("AppFolio") is a consumer reporting agency which conducts business in the Central District of California and is headquartered at 50 Castilian Drive, Goleta, CA 93117.

## FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's background to third parties (hereafter the "inaccurate information").

7. The inaccurate information includes a false criminal history labeling the Plaintiff as a convicted criminal, and personal identifying information.

8. Specifically, the inaccurate information includes, but is not limited to, convictions for operating a vehicle without driving privilege and driving while intoxicated, and probation for possession of controlled substance, which do not belong to Plaintiff, but instead belong to another individual with the same or similar name as Plaintiff's.

9. The inaccurate information negatively reflects upon the Plaintiff and misidentifies Plaintiff as a person who has a criminal background. It appears that Defendant, as a result of its unreasonable procedures, produced a consumer report that identified Plaintiff as being convicted of operating a vehicle without driving privilege and driving while intoxicated, and being on probation for possession of a controlled substance, because it mixed his criminal history with that of another person.

10. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate background information and consumer reports that

it has disseminated to various persons and prospective employers, both known and unknown.

11. Plaintiff has applied for and has been denied housing opportunities, including but not limited to, housing opportunities with Cimarron Apartments and Hillside Apartments. Plaintiff was informed that the basis for the adverse action against him was the inaccurate information that appears on Plaintiff's consumer report with Defendant.

12. Defendant failed to follow reasonable procedures to assure the maximum possible accuracy of the information it reported about Plaintiff. Had Defendant followed such procedures it would not have falsely reported convictions and a probation on Plaintiff's consumer report.

13. As of result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost housing opportunities, harm to reputation, and emotional distress, including humiliation and embarrassment.

14. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

15. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal law and the rights of the Plaintiff herein.

### **COUNT ONE – VIOLATIONS OF THE FCRA**

16. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. At all times pertinent hereto, Defendant was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

3

COMPLAINT AND JURY DEMAND

18. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

19. At all times pertinent hereto, the above-mentioned background report was a "consumer report" as that term is defined by 15 U.S.C. § 1681a(d).

20. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b).

21. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### **JURY TRIAL DEMAND**

22. Plaintiff demands trial by jury on all issues so triable.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

 (a) Actual damages;

 (b) Statutory damages;

 (c) Punitive damages;

 (d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o; and

 (e) Such other and further relief as may be necessary, just and proper.

| | | |
|---|---|---|
| Dated: August 30, 2019 | | Respectfully submitted, |
| | | */s/ Stephanie R. Tatar* <br> Stephanie R. Tatar <br> Tatar Law Firm, A.P.C. <br> 3500 West Olive Avenue <br> Suite 300 <br> Burbank, CA 91505 <br> Telephone: (323) 744-1146 <br> Facsimile: (888) 778-5695 |

COMPLAINT AND JURY DEMAND