Stephanie R. Tatar (237792)
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY RAMIREZ,** | **Case No. 19-cv-07562-RGK-KES** |
| **Plaintiff,** | **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT APPFOLIO, INC.** |
| **v.** | |
| **APPFOLIO, INC.,** | COMPLAINT FILED: AUGUST 30, 2019 |
| **Defendant.** | |

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED, on this 8th day of January, 2020, by and between Plaintiff and Defendant AppFolio, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear his or its own attorney's fees, costs and expenses incurred.

1

2   /s/ Stephanie R. Tatar                     /s/ Selyn Hong
    Stephanie R. Tatar                         Selyn Hong
3   **THE TATAR LAW FIRM**                     **SEYFARTH SHAW LLP**
    3500 West Olive Avenue, Suite 300          975 F. Street, N.W.
4   Burbank, CA 91505                          Washington, DC 20004
    (323) 744-1146                             (202) 463-2400
5   (888) 778-5695                             (202) 828-5393 (fax)
    stephanie@thetatarlawfirm.com              shong@seyfarth.com
6
    Counsel for Plaintiff                      Counsel for Defendant
7                                              AppFolio, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              STIPULATION FOR DISMISSAL
                                              Case No. SACV 19-cv-7562-RGK-KES