Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com

Attorneys For Plaintiff
TROY RAMIREZ

Selyn Hong
SEYFARTH SHAW LLP
975 F. Street N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
shong@seyfarth.com

Attorneys for Defendant
APPFOLIO, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>APPFOLIO, INC.,<br><br>    Defendant. | Case No. 19-cv-07562-RGK-KES<br><br>**[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with the Parties' Rule 41 Stipulation For Dismissal With Prejudice, and good cause appearing, the Court hereby approves the Stipulation. IT IS HEREBY ORDERED that the above-mentioned matter is dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 10, 2020

_____
Honorable R. Gary Klausner
United States District Judge